

**SUMMONS - CIVIL**
JD-CV-1   Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT SUPERIOR COURT**  www.jud.ct.gov |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 WASHINGTON STREET, HARTFORD, CT 06106 | ( 860 ) 548 – 2700 | 07/28/2020 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At (City/Town) HARTFORD | Case type code (See list on page 2) Major: V   Minor: 01 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Gregory E. O'Brien, Esq., Moore, O'Brien & Foti, 891 Straits Turnpike, Middlebury, CT 06762 | 306951 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 272 – 5881 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) GMOORE@MOJYLAW.COM |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: HAMPTON, ESTHER  Address: 30 PIERREMOUNT AVENUE, NEW BRITAIN, CT 06053 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: WILLIAMS, KASEY  Address: 315 OAK TERRACE DRIVE, COVINGTON, GA 30016 | D-01 |
| Additional defendant | Name: SWIFT TRANSPORTATION CO. OF ARIZONA LLC  Address: 2200 S. 75TH AVENUE, PHOENIX, AZ 85043 | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 06/23/2020 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing GREGORY E. O'BRIEN |
|---|---|---|---|

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. c. The court staff is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| **RETURN DATE: July 28, 2020** | : | **SUPERIOR COURT** |
| **ESTHER HAMPTON** | : | **J.D. OF HARTFORD** |
| **V.** | : | **AT HARTFORD** |
| **KASEY WILLIAMS** | : | **JUNE 23, 2020** |

## COMPLAINT

**FIRST COUNT:**     **(ESTHER HAMPTON v. KASEY WILLIAMS)**

1.  On September 22, 2019 at approximately 10:44 p.m., the plaintiff, **ESTHER HAMPTON**, was the operator of a motor vehicle that was traveling in a westerly direction on Interstate 84 and had reached a point in the roadway approximately one tenth of a mile south of its intersection with Exit 41 both public streets or highways in West Hartford, Connecticut.

2.  At the same time and place, the defendant, **KASEY WILLIAMS,** was the operator of a motor vehicle owned by SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, that was traveling in the same westerly direction on Interstate 84 and had reached a point in the roadway approximately one tenth of a mile south of its intersection with Exit 41 in West Hartford, Connecticut.

3.  At the same time and place, the motor vehicle operated by the defendant, **KASEY WILLIAMS**, suddenly and without warning collided with the motor vehicle

Page 1 of 6

operated by the plaintiff, **ESTHER HAMPTON,** thereby causing the plaintiff to suffer the injuries and losses more fully set forth below.

4. The collision was caused by the negligence of the defendant, **KASEY WILLIAMS**, in one or more of the following ways:

a) He failed to keep a reasonable and proper lookout for other vehicles on the road;

b) He failed to turn or swerve so as to avoid the collision;

c) He failed to apply the brakes in time to avoid the collision;

d) He failed to sound the horn or give a timely warning of the impending collision;

e) He failed to keep the vehicle under proper control;

f) He was inattentive in the operation of the vehicle;

g) He operated the vehicle at a rate of speed greater than was reasonable, having due regard to the width, traffic, and use of the highway, road or parking area, the intersection of streets and weather conditions, in violation of § 14-218a of the Connecticut General Statutes;

h) He failed to drive the vehicle as nearly as practicable entirely within a single lane and moved the vehicle from such lane before ascertaining that such

    movement could be made with safety, in violation of § 14-236(1) of the Connecticut General Statutes; and/or

  i)  He followed another vehicle more closely than was reasonable and prudent, having due regard for the speed of such vehicles, the traffic upon and the condition of the highway and weather conditions, in violation of § 14-240(a) of the Connecticut General Statutes.

  5.  As a result of the negligence of the defendant, **KASEY WILLIAMS**, the plaintiff, **ESTHER HAMPTON**, suffered the following injuries, some or all of which may be permanent in nature:

  a)  Cervical strain/sprain;

  b)  Cervical radiculitis;

  c)  Right shoulder and arm pain;

  d)  Upper and mid-back pain; and

  e)  Pain and suffering, both mental and physical.

  6.  As a further result of the negligence of the defendant, **KASEY WILLIAMS**, the plaintiff, **ESTHER HAMPTON**, was forced to expend large sums of money for hospital and medical care, medicines, diagnostic tests and therapy, all necessary to her recovery, and may be forced to expend additional sums in the future.

Page **3** of **6**

**MOORE, O'BRIEN & FOTI** • *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

7.  As a further result of the negligence of the defendant, **KASEY WILLIAMS**, the plaintiff, **ESTHER HAMPTON**, was unable, and remains unable, to participate in and enjoy her usual activities.

## SECOND COUNT:
**(ESTHER HAMPTON v. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC)**

1-7.  Paragraphs 1 through 8 of the First Count are hereby incorporated as corresponding paragraphs 1 through 8 of this Second Count, as if fully set forth herein.

8.  At all times material hereto, the defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, was the owner of the motor vehicle operated by **KASEY WILLIAMS**.

9.  At all times mentioned herein, the defendant, **KASEY WILLIAMS**, was operating the motor vehicle owned by the defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC** with its permission, pursuant to the family car doctrine and/or as its agent, servant and/or employee.

9.  The defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, is liable to the plaintiff, **ESTHER HAMPTON**, pursuant to the Connecticut General Statutes §52-182 and/or §52-183.

**MOORE, O'BRIEN & FOTI** • *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE • MIDDLEBURY, CT 06762 • TEL. (203) 272-5881 • JURIS NO. 408519

WHEREFORE, the plaintiff claims money damages as to both Counts.

                      THE PLAINTIFF,
                      ESTHER HAMPTON

By_____
        Gregory E. O'Brien, Esq.
        Moore, O'Brien & Foti
        891 Straits Turnpike
        Middlebury, CT 06762
        Phone: (203) 272-5881
        Juris No.: 408519
        Her Attorneys

Page **5** of **6**

**MOORE, O'BRIEN & FOTI**  •  *ATTORNEYS AT LAW*
891 STRAITS TURNPIKE  •  MIDDLEBURY, CT 06762  •  TEL. (203) 272-5881  •  JURIS NO. 408519

| | | |
|---|---|---|
| RETURN DATE: July 28, 2020 | : | SUPERIOR COURT |
| ESTHER HAMPTON | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| CHRISTOPHER ALLEN | : | JUNE 23, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,<br>
ESTHER HAMPTON<br><br>
By_____<br>
Gregory E. O'Brien, Esq.<br>
Moore, O'Brien & Foti<br>
891 Straits Turnpike<br>
Middlebury, CT 06762<br>
Phone: (203) 272-5881<br>
Juris No.: 408519<br>
Her Attorneys